```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 01684
   MARIA R DELGADO
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5146


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/31/2007 and was confirmed 04/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 10/17/2007.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
AMERICA SERVICING COMPAN CURRENT MORTG         .00            .00            .00
AMERICA'S SERVICING COMP MORTGAGE ARRE         .00            .00            .00
AMERICAN GENERAL FINANCE SECURED VEHIC     3806.00          23.77         540.25
AMERICAN GENERAL FINANCE UNSEC W/INTER         .88            .00            .00
COOK COUNTY TREASURER    SECURED               .00            .00            .00
ACC INTERNATIONAL        NOTICE ONLY   NOT FILED              .00            .00
AT&T/SBC/ILLINOIS FACC   UNSEC W/INTER NOT FILED              .00            .00
TCF NATIONAL BANK        NOTICE ONLY   NOT FILED              .00            .00
MACNEAL HEALTH NETWORK   UNSEC W/INTER NOT FILED              .00            .00
MEDICAL PAYMENT CENTER I NOTICE ONLY   NOT FILED              .00            .00
AT & T BANKRUPCTY        UNSEC W/INTER NOT FILED              .00            .00
SCHECK & SIRESS          UNSEC W/INTER NOT FILED              .00            .00
SEARS                    NOTICE ONLY   NOT FILED              .00            .00
TCF BANK                 UNSEC W/INTER NOT FILED              .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER      293.21            .00            .00
UNIVERSITY OF IL MEDICAL UNSEC W/INTER NOT FILED              .00            .00
AMERICAS SERVICING CO    NOTICE ONLY   NOT FILED              .00            .00
LEGAL HELPERS PC         DEBTOR ATTY      1,700.00                         775.45
TOM VAUGHN               TRUSTEE                                            88.53
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             1,428.00

PRIORITY                                            .00
SECURED                                          540.25
    INTEREST                                      23.77
UNSECURED                                           .00
ADMINISTRATIVE                                   775.45

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01684 MARIA R DELGADO
```

```
TRUSTEE COMPENSATION                                         88.53
DEBTOR REFUND                                                  .00
                                      ---------------   ---------------
TOTALS                                      1,428.00          1,428.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
  Dated: 01/23/08                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 07 B 01684 MARIA R DELGADO